DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NELSON CAMILO NAVARRO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2785

_____

July 3, 2024

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Manatee County, Frederick P. Mercurio, Judge.

Nelson Camilo Navarro, pro se.


PER CURIAM.

Affirmed.

CASANUEVA, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.